**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Claudio OTERO, Jr., a/k/a Bill,**
**Defendant–Appellant.**

No. 11–7622.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 15, 2012.

Decided: March 27, 2012.

Claudio Otero, Jr., Appellant Pro Se. Anthony Paul Giorno, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Claudio Otero, Jr., appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm. *United States v. Otero,* No. 6:99–cr–70054–NKM–6 (W.D.Va. Nov. 18, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*